IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| WARREN DAMUS,[1] | § |
| | § No. 138, 2019 |
| Respondent Below, | § |
| Appellant, | § Court Below—Family Court |
| | § of the State of Delaware |
| v. | § |
| | § File Nos. CN16-03689 |
| DEPARTMENT OF SERIVCES FOR, | § 17-10-12TN |
| CHILDREN, YOUTH, AND THEIR | § Pet. Nos. 16-16922 |
| FAMILIES (DSCYF/DFS) | § 17-32689 |
| | § |
| Petitioner Below, | § |
| Appellee. | |

Submitted: November 6, 2019
Decided: November 12, 2019

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

# O R D E R

This 12th day of November, 2019, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its March 4, 2019 Order.

---

[1] The Court previously assigned a pseudonym to the appellant under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice